**Order entered February 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01321-CV

## IN THE INTEREST OF A.J.M., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00527**

## ORDER

By letter dated December 5, 2018, we directed appellant to file, within ten days, written verification she had requested preparation of the reporter's record. Although we cautioned her that failure to comply could result in the appeal being submitted without the reporter's record, she has not responded. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than March 18, 2019.

/s/    BILL WHITEHILL
        JUSTICE